# United States District Court
## Violation Notice

EV-17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7625689 | SPC Rengifo | RQ125 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 05/09/2020 1205h | USC 46.2830 |

**Place of Offense:** Southgate Rd. Adj to Henderson Hall

**Offense Description: Factual Basis for Charge**
Disregarding Posted Stop sign
32 CFR 634.26 (F)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Robinson | Shawn | D |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9DW6585 | MD | 03 | Mercury/4S | | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court 401 Courthouse Square Alexandria VA 22134 | 07/20/2020 Time: 0900 |

X Defendant Signature: _[signed]_

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 09**, 20**20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

At 1205 Hours I arrived to assist DACP patrol 1-D when He informed me of the initiation of the traffic stop on Southgate Rd due to a black in color Mercury (MD 9DW6585) Disregarding a posted stop sign. The traffic stop was initiated and the driver was identified as Robinson, Shawn, D. using his MD license. A check through VCIN/NCIC revealed that the driver was driving on a suspended/revoked license in additioned to the aformentioned disregarding of a posted stop sign. Robison, Shawn was cited on CVB notices (7625689) and CVB (7625688) and scheduled to appear in Court on 20 JUL 2020. At approximately 1220 hours, A-1 towing was present to tow the vehicle, as well as taking possession of such. All information on the face of this notice is incorporated by reference herein.

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/09/2020** _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident